**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BOWEN, MICLETTE & BRITT OF FLORIDA, LLC, f/k/a HUCKLEBERRY ACQUISITION CO., LLC,**

            **Plaintiff,**

**-vs-**               **Case No.  6:12-cv-306-Orl-28KRS**

**TERRY LEE JAMES,**

            **Defendant.**

_____

# ORDER

This case is before the Court on Motion by Counter-Defendants Amerisure Insurance Company, Agency Capital Group and Thomas Hoeg to Dismiss Amended Counterclaim (Doc. No. 108) filed April 9, 2013, and Counter-Defendants Bowen, Miclette & Britt of Florida, LLC's, Bowen, Miclette & Britt, Inc.'s and Edward Britt's Motion to Dismiss Counter-Plaintiff Terry James's Amended Counterclaims for Failure to State a Claim under F.R.C.P. 9(b) and 12(b)(6) (Doc. No. 110) filed April 10, 2013.  The United States Magistrate Judge has submitted a report recommending that the motions be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and consideration of the partial objections to the Report and Recommendation filed by Counter-Defendants Bowen, Miclette & Britt of Florida, LLC, Bowen, Miclette & Britt, Inc., Edward Britt, Amerisure Insurance Company, Agency Capital Group, and Thomas E. Hoeg (Doc. Nos. 132, 133) and Counter-Plaintiff's responses to the partial objections (Doc. Nos. 134, 135), the objections

are overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 12, 2013 (Doc. No. 131) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Counter-Defendants' motions to dismiss Counter-Plaintiff James's Amended Counterclaims (Doc. Nos. 108, 110) are **GRANTED in part** and **DENIED in part**. The Amended Counterclaims are **DISMISSED without prejudice**. Counter-Plaintiff James is granted leave to file second amended counterclaims within fourteen (14) days from the date of this Order, if he can state one or more actionable claims in accordance with Fed. R. Civ. P. 11, and the applicable pleading requirements.

3. Any motion(s) directed to the second amended counterclaim(s), shall be filed within fourteen (14) days of the filing of the second amended counterclaim(s).

4. All pending deadlines, including the September trial, are stayed until further Order of this Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 15th day of July, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party